# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 16-481** |
| : | |
| **ADAM FLANAGAN** : | |

## O R D E R

**AND NOW**, this 15th day of June, 2017, upon consideration of the Government's Motion to Dismiss Counts One through Eight, Eleven, and Twelve (Doc. No. 25), it is hereby **ORDERED** that the Motion (Doc. No. 25) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.